UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  EMILY REDFORD                    :  CHAPTER 13
          Debtor                              :
                                   :

        CHARLES J. DEHART, III                :
        STANDING CHAPTER 13 TRUSTEE    :
          Movant                             :
                                   :

          vs.                                 :
                                   :

        EMILY REDFORD                        :
          Respondent                          :  CASE NO.   5-20-bk-01498


OBJECTION TO DEBTOR'S EXEMPTIONS

       AND NOW, this   29th   day June, 2020, comes Charles J. DeHart, III,

Standing Chapter 13 Trustee, and objects to the debtor's exemptions for the following reason(s):

       1.  Trustee objects to debtor's exemption of assets claimed under 11 U.S.C.
§522(d)(1).   (Rental property)

       WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's

Objection to Debtor's Exemptions.

       Respectfully submitted,


       /s/Charles J. DeHart, III____
       Standing Chapter 13 Trustee
       8125 Adams Drive, Suite A
       Hummelstown, PA   17036
       (717)566-6097

<u>CERTIFICATE OF SERVICE</u>

   AND NOW, this 2nd day July, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Scott Amori, Esquire
513 Sarah Street
Stroudsburg, PA   18360

         /s/Deborah A. Behney
         Office of Charles J. DeHart, III
         Standing Chapter 13 Trustee