UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EMILY REDFORD | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | CASE NO. 5-20-bk-01498-RNO |
| EMILY REDFORD | : | |
| Respondent | : | OBJECTION TO EXEMPTIONS |

## ORDER

Upon consideration of the Trustee's Objection to Debtor's Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.