```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-01498-RNO
Emily Redford                                                       Chapter 13
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-5        User: AutoDocke           Page 1 of 1        Date Rcvd: Jul 01, 2020
                            Form ID: ntcnfhrg         Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
```
db          +Emily Redford,    113 Dean Ct.,    Saylorsburg, PA 18353-8144
5326976     +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
5326978     +Citibank,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
              St Louis, MO 63179-0034
5331274     +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
              c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5326980     +James B Nutter & Co,    Attn: Bankruptcy,    4153 Broadway St,    Kansas City, MO 64111-2694
5330835     +James B. Nutter & Company,    c/o Powers Kirn, LLC,    8 Neshaminy Interplex, Suite 215,
              Trevose, PA 19053-6980
5338264     +James B. Nutter & Company,    4153 Broadway,    Kansas City, MO 64111-2694
5326981     +Joshua McNamara, Esq,    Hayt Hayt & Landau, LLC,    123 S. Broad Street,
              Philadelphia, PA 19109-1029
5326983     +New Hampshire Higher Ed/Granite State Ma,    Attn: Bankruptcy,    Po Box 2097,
              Concord, NH 03302-2097
5326985     +Nissan Motor Acceptance,    Attn: Bankruptcy,    Po Box 660366,    Dallas, TX 75266-0366
5336738     +Nissan Motor Acceptance Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5326979      E-mail/Text: mrdiscen@discover.com Jul 01 2020 19:51:16      Discover Financial,
              Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
5328084      E-mail/Text: mrdiscen@discover.com Jul 01 2020 19:51:16      Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5326977      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 01 2020 20:01:39      Chase Card Services,
              Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
                                                                                              TOTAL: 3
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5326984       Nicholas Redford
5332717*     +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
              c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5326982    ##+Michael J. Dougherty, Esq.,    Weltman Weinberg & Reis, Co.,    325 Chestnut St., Suite 501,
              Philadelphia, PA 19106-2605
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Nissan Motor Acceptance Corporation
               bkgroup@kmllawgroup.com
              Jill  Manuel-Coughlin    on behalf of Creditor    JAMES B. NUTTER & COMPANY
               bankruptcy@powerskirn.com
              Scott M. Amori    on behalf of Debtor 1 Emily  Redford afr@epix.net,
               smamori@amoriandassociates.com
              United  States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Emily Redford,

**Debtor 1**

Chapter 13

Case No. 5:20−bk−01498−RNO

# Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **August 12, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: August 19, 2020 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 1, 2020 |

ntcnfhrg (03/18)