# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Emily Redford | : | CASE NO. 5-20-01498 |
| Debtor | : | CHAPTER 13 |

## AMENDED CERTIFICATE OF SERVICE

I, Adrienne A. Karaman, of Amori & Associates, LLC, do hereby certify that service of the Amended Chapter 13 Plan that was filed with the Court on or about August 18, 2020, along with the Notice of Confirmation Hearing, was made upon:

Charles J. DeHart, III, Esq.
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

ALL CREDITORS ON MAILING MATRIX
(SEE ATTACHED)

Via First Class Mail, Postage Pre-Paid, on August 18, 2020.

/s/ Adrienne A. Karaman
Adrienne A. Karaman
Bankruptcy Paralegal
Amori & Associates, LLC
513 Sarah Street
Stroudsburg, PA 18360
(570) 421-1406

EMILY REDFORD                        NICHOLAS REDFORD
113 DEAN CT.
SAYLORSBURG, PA 18353


SCOTT M. AMORI                       NISSAN MOTOR ACCEPTANCE
AMORI & ASSOCIATES, LLC              ATTN: BANKRUPTCY
513 SARAH STREET                     PO BOX 660366
STROUDSBURG, PA 18360                DALLAS, TX 75266


BANK OF AMERICA
4909 SAVARESE CIRCLE
FL1-908-01-50
TAMPA, FL 33634


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON, DE 19850


CITIBANK
CITICORP CREDIT SRVS/CENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS, MO 63179


DISCOVER FINANCIAL
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 15316
WILMINGTON, DE 19850


JAMES B NUTTER & CO
ATTN: BANKRUPTCY
4153 BROADWAY ST
KANSAS CITY, MO 64171


JOSHUA MCNAMARA, ESQ
HAYT HAYT & LANDAU, LLC
123 S. BROAD STREET
PHILADELPHIA, PA 19109


MICHAEL J. DOUGHERTY, ESQ.
WELTMAN WEINBERG & REIS, CO.
325 CHESTNUT ST., SUITE 501
PHILADELPHIA, PA 19106


NEW HAMPSHIRE HIGHER ED/GRANITE STATE MA
ATTN: BANKRUPTCY
PO BOX 2097
CONCORD, NH 03302