**LOCAL BANKRUPTCY FORM 3015-3(b)**

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Emily Redford**  
Debtor(s)

Case No. **5:20-bk-01498**  
Chapter **13**

## CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATION(S)

If there are domestic support obligation claims in a case, the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 requires the trustee to provide written notice to the holder of the claim and to the applicable state child support enforcement agency. In order for the trustee to comply with the Act, the Debtor/Obligor must complete the following information and verify the information is true and correct by signing at the bottom of this form.

1. Name of Person Entitled to Receive Domestic Support ("Recipient"):

   Claim Holder  **N/A**
   Last Name         First         Middle Initial

2. Address of Domestic Support Recipient:

   Claim Holder  **N/A**
   Street                                  City

   County         State         Zip

3. Telephone Number of Domestic Support Recipient

   Claim Holder  **N/A**
   (Area Code) Phone Number

4. If you are paying a Domestic Support Obligation pursuant to a Court Order, provide the following:

   **N/A**
   Name of Court

   Address of Court

   Docket Number                              PACSES Number

The undersigned hereby certifies that the foregoing statements are true and correct under penalty of perjury.

DATED:  **October 6, 2020**          BY:  **/s/ Emily Redford**
                                          **Emily Redford**
                                          Debtor