| In re: | Case No. 20-01498-MJC |
|---|---|
| Emily Redford | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5526963 | + Email/Text: SERVICINGMAILHUB@flagstar.com | Apr 17 2025 18:51:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank NA, 5151 Corporate Drive, Troy, MI 48098-2639, Lakeview Loan Servicing, LLC, c/o Flagstar Bank NA 48098-2639 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 19, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harry B. Reese | on behalf of Creditor Lakeview Loan Servicing  LLC bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor Lakeview Loan Servicing  LLC bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | |

          on behalf of Creditor JAMES B. NUTTER & COMPANY bankruptcy@powerskirn.com

Karina Velter
          on behalf of Creditor Lakeview Loan Servicing LLC karina.velter@powerskirn.com, brausch@pincuslaw.com

Scott M. Amori
          on behalf of Debtor 1 Emily Redford afr@epix.net smamori@amoriandassociates.com

United States Trustee
          ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:20-bk-01498-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Emily Redford
113 Dean Ct.
Saylorsburg PA 18353

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/16/2025.

| | |
|---|---|
| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| Claim No. 5: Lakeview Loan Servicing, LLC, c/o Flagstar Bank NA, 5151 Corporate Drive, Troy, MI 48098-2639, Lakeview Loan Servicing, LLC, c/o Flagstar Bank NA | Lakeview Loan Servicing, LLC<br>c/o M&T Bank<br>PO Box 840<br>Buffalo, NY 14120<br>Lakeview Loan Servicing, LLC<br>c/o M&T Bank |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/19/25

Seth F. Eisenberg
**CLERK OF THE COURT**