FILED
**September 15, 2025**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

Certificate Number: 00927-PAM-DE-039983639

Bankruptcy Case Number: 20-01498



00927-PAM-DE-039983639

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 15, 2025, at 1:54 o'clock PM EDT, Emily Redford completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 15, 2025   By: /s/Al Duarte

Name: Al Duarte

Title: Certified Credit Counselor