In re:  Case No. 20-01498-MJC
Emily Redford  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 15, 2025      Form ID: 3180W      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Emily Redford, 113 Dean Ct., Saylorsburg, PA 18353-8144 |
| 5330835 | + | James B. Nutter & Company, c/o Powers Kirn, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 5326981 | + | Joshua McNamara, Esq, Hayt Hayt & Landau, LLC, 123 S. Broad Street, Philadelphia, PA 19109-1003 |
| 5704676 | | Lakeview Loan Servicing, LLC, c/o M&T Bank, PO Box 840, Buffalo, NY 14120 |
| 5704677 | + | Lakeview Loan Servicing, LLC, c/o M&T Bank, PO Box 840, Buffalo, NY 14120, Lakeview Loan Servicing, LLC c/o M&T Bank 14120 |
| 5326982 | + | Michael J. Dougherty, Esq., Weltman Weinberg & Reis, Co., 325 Chestnut St., Suite 501, Philadelphia, PA 19106-2605 |
| 5326983 | + | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 2097, Concord, NH 03302-2097 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5326976 | + | EDI: BANKAMER | Sep 15 2025 22:43:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5326977 | + | EDI: JPMORGANCHASE | Sep 15 2025 22:43:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 5326978 | + | EDI: CITICORP | Sep 15 2025 22:43:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5326979 | | EDI: DISCOVER | Sep 15 2025 22:43:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 5328084 | | EDI: DISCOVER | Sep 15 2025 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5338264 | | Email/Text: legalmatters@nutterhomeloans.com | Sep 15 2025 18:42:00 | James B. Nutter & Company, 4153 Broadway, Kansas City, MO 64111 |
| 5326980 | | Email/Text: legalmatters@nutterhomeloans.com | Sep 15 2025 18:42:00 | James B Nutter & Co, Attn: Bankruptcy, 4153 Broadway St, Kansas City, MO 64171 |
| 5331274 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 15 2025 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5526963 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2025 18:42:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank NA, 5151 Corporate Drive, Troy, MI 48098-2639, Lakeview Loan Servicing, LLC, c/o Flagstar Bank NA 48098-2639 |
| 5526962 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2025 18:42:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank NA, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5326985 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 15 2025 18:42:00 | Nissan Motor Acceptance, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 5336738 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 15 2025 18:42:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5326984 | | Nicholas Redford |
| 5332717 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Harry B. Reese | on behalf of Creditor Lakeview Loan Servicing LLC bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor Lakeview Loan Servicing LLC bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor JAMES B. NUTTER & COMPANY bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor Lakeview Loan Servicing LLC karina.velter@powerskirn.com, brausch@pincuslaw.com |
| Scott M. Amori | on behalf of Debtor 1 Emily Redford afr@epix.net smamori@amoriandassociates.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Emily Redford** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6626 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  5:20–bk–01498–MJC | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Emily Redford

9/15/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**